IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No.   3:07cr173

ANTHONY BALTIMORE,          JUDGE WALTER H. RICE

    Defendant.

_____

ENTRY REQUESTING FCI MCKEAN TO ALLOW DEFENDANT ACCESS
TO VIDEO CONFERENCING FOR HEARING
_____

It is the request of this Court that defendant be permitted to appear via video conference from FCI McKean for a hearing with the undersigned on Friday, September 4, 2020 at 1:45 p.m.

It is the request of this Court that the personnel at FCI McKean do all in their power to facilitate the carrying out of this Order.

August 24, 2020                                   *Walter H. Rice*   (tp - per Judge Rice authorization after his review)

                                                 WALTER H. RICE
                                                 UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
FCI McKean